Opinion by LAWRENCE, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

No. 64379.—Victoria Arduino Corporation v. United States, protest 59/27742 (New York).

Opinion by LAWRENCE, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

No. 64380.—Federal Telecommunication Laboratories v. United States, protest 59/30104 (New York).

Opinion by LAWRENCE, J. The protest was dismissed.

No. 64381.—Amity Mills, Inc. v. United States, protests 289676–K, etc. (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of waterproof cotton cloth similar in all material respects to that the subject of *United States* v. *D. H. Grant & Co., Inc.* (47 C.C.P.A. 20, C.A.D. 723), the claim of the plaintiff was sustained.

No. 64382.—Amity Mills, Inc. v. United States, protests 291555–K, etc. (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of waterproof cotton cloth similar in all material respects to that the subject of *United States* v. *D. H. Grant & Co., Inc.* (47 C.C.P.A. 20, C.A.D. 723), the claim of the plaintiff was sustained.

No. 64383.—D.H. Grant & Co., Inc. v. United States, protests 320113–K, etc. (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of waterproof cotton cloth similar in all material respects to that the subject of *United States* v. *D. H. Grant & Co., Inc.* (47 C.C.P.A. 20, C.A.D. 723), the claim of the plaintiff was sustained.

No. 64384.—Amity Mills, Inc. v. United States, protests 321942–K, etc. (New York).